STATE OF NEW JERSEY v. JAMES SAWYER.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. ALEX SHARP.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. TERRY O. JAMES.

Sept. 18, 1979.   Petition for certification denied.   (See 165 N.J.Super. 173).

STATE OF NEW JERSEY v. JAMES J. MELE.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE J. JACKSON.

Sept. 18, 1979.   Petition for certification denied.